United States Courts
Southern District of Texas
FILED

*November 05, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO.: H-25- |
| | § | |
| MICHAEL HENLEY | § | JUDGE |
| AND | § | |
| ANTHONY GABRIEL | § | |
| DEFENDANTS | § | |

**4:25-cr-588**

**<u>INDICTMENT</u>**

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>

<u>Title 18, United States Code, § 2119 and 2- Aiding and Abetting
Carjacking</u>

On or about August 10, 2025, in the Houston Division of the
Southern District of Texas,

MICHAEL HENLEY
AND
ANTHONY GABRIEL

defendants herein, aiding and abetting each other and others known
and unknown to the Grand Jury, with the intent to cause death and
serious bodily harm, did intentionally take a motor vehicle,
namely, a Honda Accord, that had been transported, shipped, and
received in interstate and foreign commerce, from the person and
in the presence of another, namely, A. T., whose identity is known
to the Grand Jury, by force, violence, and by intimidation.

In violation of Title 18, United States Code, § 2119 and 2.

COUNT TWO

Title 18, United States Code, § 924(c)(1)(A)(ii) and 2-Aiding and Abetting Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about August 10, 2025, in the Houston Division of the Southern District of Texas,

MICHAEL HENLEY
AND
ANTHONY GABRIEL

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, did knowingly brandish, a firearm, namely, a handgun, during and in relationship to a crime of violence for which they may be prosecuted in a court of the United States, that being Carjacking.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii) and 2.

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924(c) and as

charged in the indictment, are subject to forfeiture, including, but not limited to, the following:

1. A 3D printed pistol with no serial number

2. Any and all accompanying ammunition and magazines.

A TRUE BILL:

Original Signature on File

FOREMAN OF THE GRAND JURY

NICHOLAS J. GANJEI
United States Attorney

BY:

Jill Jenkins Stotts
Assistant United States Attorney